UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                       CRIMINAL NO. 09-20473

      v.                         DISTRICT JUDGE VICTORIA A. ROBERTS

RAFAEL CORNELL MURREY,        MAGISTRATE JUDGE MARK A. RANDON
CHARLES A. DAVIS, JONATHAN
A. DAVIS, BRANDI N. DAVIS and
AMBER KINGSLEY,

        Defendants.
_____/

## ORDER REQUIRING SUBMISSION OF
## PROPOSED QUESTIONS RE: DKT. NO. 71

On July 20, 2010, this court held a hearing on several pretrial motions filed by Defendants

Rafael C. Murrey and Charles A. Davis in the above-referenced criminal case.  In particular, with

respect to Defendant Davis' motion to require disclosure and production of informants, or in the

alternative, an in camera hearing (Dkt. No. 71), the Court determined that an in camera hearing

would be held with respect to a confidential source ("CS2").

Prior to this in camera hearing, the parties agreed to submit a joint list of proposed questions

to the Court within two weeks (by August 4, 2010).  (Hearing Tr., pp. 11-12 ad 61-62) To date,

however, the Court has not received these questions.  Accordingly,

IT IS ORDERED that a joint list of proposed questions shall be submitted to the Court by Wednesday, **September 15, 2010**. If the parties cannot reach agreement on the proposed questions, both parties may submit a list of proposed questions by that date. If the court does not receive proposed questions from either party by said date, the court will recommend that defendant Davis' motion (Dkt. No. 71) be denied.

SO ORDERED.


s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: September 8, 2010

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, September 8, 2010, by electronic and/or first class U.S. mail.*


*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*