UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.                                            Case No. 09-20473
                                              Honorable Victoria A. Roberts

RAFAEL MURREY
    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE [ECF No. 243]

Defendant Rafael Cornell Murrey filed this motion for compassionate release under 18 U.S.C. § 3582(c) on December 3, 2020. The Government opposes the motion. The Court held a hearing on the motion on January 22, 2021. Wade Fink appeared on behalf of Mr. Murrey; Corrine Lambert appeared for the Government.

For the reasons stated on the record, the Court **GRANTS** Mr. Murrey's Motion for Compassionate Release. His sentence is reduced to time served.

The Court imposes a term of supervised release of five years on Count 1, one year on Counts 2 and 3, and ten years on Count 4 – all to be served concurrently. Mr. Murrey must:

- quarantine for fourteen days immediately following his release;

- participate in a substance abuse program approved by the Probation Department which may include drug testing;

- participate in a cognitive-behavioral treatment program supervised by his probation officer and must follow the rules of that program; and,

- participate in the Location Monitoring Program, utilizing technology as directed by the probation officer, and abide by all requirements of the program for a period of three months. The costs are waived.

Additionally, Mr. Murrey is restricted to his residence at all times, except for employment; education; religious services; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the probation officer. Mr. Murrey may, however, attend one of his son Raphael Murrey II's basketball games per week. The Court waives any fees or costs associated with court-mandated programming.

**IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  January 22, 2021